THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| C.H. Robinson Worldwide, Inc., a Delaware corporation,<br><br>　　　　Plaintiff,<br>vs.<br><br>Ghirardelli Chocolate Co., a California corporation,<br><br>　　　　Defendant. | Civil No. 03-2978 JRT/FLN<br><br>**GHIRARDELLI CHOCOLATE COMPANY'S MOTION FOR SUMMARY JUDGMENT** |

TO: Plaintiff above-named and its attorneys, Richard J. Nygaard, Rider Bennett, LLP, Suite 4900, 33 South Sixth Street, Minneapolis, MN 55402.

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Ghirardelli Chocolate Company ("GCC") hereby moves the Court as follows:

1. GCC requests a ruling that the parties entered into an express contractual agreement and dismissing CHRW's claims for account stated, quantum meruit and unjust enrichment.

2. GCC requests a ruling that CHRW's claims for damages pursuant to all Counts of the Amended Complaint (account stated, quantum meruit and unjust enrichment) be dismissed because it has no admissible evidence to support its claims.

3. GCC requests a ruling that CHRW's claim for account stated be dismissed because there is no genuine issue of material fact.

This motion will be based upon all the files, affidavits, memoranda and proceedings herein.

　　　　　　　　　　　　　　　　　　LARSON • KING, LLP

Dated: February 14, 2005　　　　　By *s/David A. Schooler*
　　　　　　　　　　　　　　　　　　David A. Schooler, #225782
　　　　　　　　　　　　　　　　　　*Attorneys for Ghirardelli Chocolate Company*
　　　　　　　　　　　　　　　　　　2800 Wells Fargo Place
　　　　　　　　　　　　　　　　　　30 E. Seventh Street
　　　　　　　　　　　　　　　　　　St. Paul, MN 55101
　　　　　　　　　　　　　　　　　　Telephone: (651) 312-6500

1120032