## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| C.H. ROBINSON WORLDWIDE, INC., | Civil No. 03-2978 (JRT/FLN) |
| Plaintiff, | |
| v. | **ORDER** |
| GHIRARDELLI CHOCOLATE COMPANY, | |
| Defendant. | |

_____

Richard J. Nygaard, **RIDER BENNETT**, 33 South Sixth Street, Suite 4900, Minneapolis, MN 55402, for plaintiff.

David A. Schooler, **LARSON KING**, 30 East Seventh Street, Suite 2800, St. Paul, MN 55101-4922, for defendant.

On November 11, 2004, defendant Ghirardelli Chocolate Company ("GCC") filed a second amended answer to plaintiff C.H. Robinson Worldwide, Inc.'s (CHRW") amended complaint and counterclaim. CHRW's answer to the counterclaim was due on November 22, 2004. On December 15, 2004, GCC moved for default judgment based on CHRW's failure to answer the counterclaim. On December 17, 2004, CHRW filed an answer to the second amended counterclaim, twenty-six days late. On December 20, 2004, GCC moved to strike CHRW's untimely and unsolicited answer to the second amended counterclaim.

Based on the foregoing, all the records, files, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion for Default Judgment [Docket No. 129] is **DENIED**.

2. Defendant's Motion to Strike Plaintiff's Untimely and Unsolicited Answer [Docket No. 137] are **DENIED**.


DATED:   May 23, 2005                                   s/John R. Tunheim
at Minneapolis, Minnesota.                            JOHN R. TUNHEIM
                                                      United States District Judge