## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| C.H. ROBINSON WORLDWIDE, INC., | Civil No. 03-2978 (JRT/FLN) |
| Plaintiff, | |
| v. | **ORDER** |
| GHIRARDELLI CHOCOLATE COMPANY, | |
| Defendant. | |

_____

Richard J. Nygaard and Steven Sitek, RIDER BENNETT, 2000 Metropolitan Center, 333 South Seventh Street, Minneapolis, MN 55402, for plaintiff.

David A. Schooler and Stephen Laitinen, LARSON KING, 30 East Seventh Street, Suite 2800, St. Paul, MN 55101-4922, for defendant.


The Court was advised during the trial process that the parties had reached settlement. The settlement terms were entered on the record on January 18, 2006.

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to reopen the action, for good cause shown, or to seek enforcement of the settlement terms.


DATED: January 25, 2006                   s/ John R. Tunheim  
at Minneapolis, Minnesota.                JOHN R. TUNHEIM  
                                                          United States District Judge