AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### District of Minnesota

C. H. Robinson Worldwide, Inc.

V.

Ghirardelli Chocolate Company

**JUDGMENT IN A CIVIL CASE**

Case Number:  03-2978   JRT/FLN

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to reopen the action, for good cause shown, or to seek enforcement of the settlement terms.

| January 26, 2006 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/Amy Linner |
| (By) | Amy Linner,   Deputy Clerk |

Form Modified:  09/16/04